**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **V.** | ) CASE NO.: 2:21-CR-455-MHT-SRW |
| | ) |
| | ) |
| **AMBER NICOLE EASTERLING, ET AL.** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF APPEARANCE**

**COMES NOW** Richard K. Keith and hereby gives his Notice of Appearance as court-appointed counsel representing AMBER NICOLE EASTERLING in the above-styled cause.

**Respectfully** submitted this 1st day of November, 2021.

/s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
560 S. McDonough St., Ste. D
Montgomery, AL  36104-4605
Telephone: (334) 264-6776
Facsimile:  (334) 460-0473
E-Mail:  rkk@rkeithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the proper parties.

/s/ Richard K. Keith
**OF COUNSEL**